UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DUSTIN ANDERSON,

    Petitioner,

vs.

DWIGHT NEVIN, *et al.*,

    Respondents.

_____/

2:15-cv-02245-RFB-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Dustin Anderson, a Nevada prisoner. Anderson initiated this action on November 25, 2015, by filing an application to proceed *in forma pauperis* (ECF No. 1), along with his habeas corpus petition (attached to application to proceed *in forma pauperis*), and a motion for appointment of counsel (ECF No. 2).

    The financial information provided with Anderson's application to proceed *in forma pauperis* indicates that he is unable to pay the filing fee for this action. Therefore, the *in forma pauperis* application will be granted, and he will not be required to pay the filing fee.

    The Court has reviewed Anderson's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon respondents and a response by respondents.

1    The court will deny Anderson's motion for appointment of counsel (ECF No. 2). "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir.1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; see also, Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. The court determines that in this case appointment of counsel is not warranted.

**IT IS THEREFORE ORDERED** that petitioner's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**. Petitioner is granted leave to proceed *in forma pauperis*. Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the clerk of the court shall separately file the petition for writ of habeas corpus, which is currently attached to the *in forma pauperis* application at ECF No. 1.

**IT IS FURTHER ORDERED** that the clerk of the court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the clerk of the court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus, and a copy of this order.

**IT IS FURTHER ORDERED** that the clerk of the court shall return to the petitioner a copy of his petition for writ of habeas corpus, along with service upon him of a copy of this order.

**IT IS FURTHER ORDERED** that respondents shall have **60 days** from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on

him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is **DENIED**.

Dated this  11th  day of December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge