# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSTIN ANDERSON,

    Petitioner,                                  2:15-cv-02245-RFB-PAL

vs.

**ORDER**

DWIGHT NEVIN, *et al.*,

    Respondents.

_____/

In this habeas corpus action, brought by Nevada prisoner Dustin Anderson, the court has appointed the Federal Public Defender for the District of Nevada (FPD) to represent Anderson. *See* Order entered February 8, 2016 (ECF No. 7).

The respondents were scheduled to respond to Anderson's original *pro se* habeas petition by February 9, 2016. *See* Order entered December 11, 2016 (ECF No. 3). In view of the appointment of counsel to represent Anderson, the court will not require respondents to respond to Anderson's original petition (ECF No. 4).

The court will, rather, set a schedule for the FPD to appear on Anderson's behalf and to file an amended petition.

**IT IS THEREFORE ORDERED** that respondents shall not be required to respond to petitioner's original habeas corpus petition (ECF No. 4) at this time

1     **IT IS FURTHER ORDERED** that the Federal Public Defender shall have **30 days** from the
2 date of entry of this order to file a notice of appearance for the petitioner, or to indicate to the court its
3 inability to represent the petitioner in these proceedings.

4     **IT IS FURTHER ORDERED** that, within **90 days** from the date of entry of this order,
5 petitioner shall file an amended petition for writ of habeas corpus, or a notice stating that amendment
6 of the petition in this case is unnecessary.

8     Dated this 8th day of February, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE